IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RODRIC D. COHNS                                                                                           PLAINTIFF
ADC #131216

v.                                           4:25CV00657-JM-JTK

QUINTON MIXON, et al.                                                                                 DEFENDANTS

## ORDER

On July 29, 2025, the Court directed service of Plaintiff's claims on Defendant Fenisha Moten, among others.  (Doc. No. 6).  Summons for Defendant Moten was returned unexecuted with the notation "no longer employed at ADC as of 6/1/2024."  (Doc. No. 11).  The Court was provided a last known address for Defendant Moten; the address will be maintained under seal.  (Id.).  Accordingly, the Court once more will attempt service on Defendant Moten.

The Clerk of the Court is directed to prepare Summons for Defendant Fenisha Moten.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 5), Summons, and this Order on Defendant Moten without prepayment of fees and costs or security therefore.  Service for Defendant Moten should be attempted at the address maintained under seal.  (Doc. No. 11).

IT IS SO ORDERED this 22nd day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE