## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RODRIC D. COHNS**                                                      **PLAINTIFF**
**ADC #131216**

**v.**                        **Case No. 4:25-cv-00657-JM-JTK**

**QUINTIN MIXON, et al.**                                          **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff Rodric D. Cohns's claims against Defendant Fenisha Moten are DISMISSED without prejudice for lack of service.

2.      The Clerk of the Court is directed to TERMINATE Defendant Moten as a party to this action.

DATED this 6th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE