**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RODRIC D. COHNS,** **PLAINTIFF ADC # 131216**

**v.** **Case No. 4:25-cv-00657-JM-JTK**

**QUINTIN MIXON, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

DATED this 19th of October, 2026.

UNITED STATES DISTRICT JUDGE